UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2225 CAS (AJWx) | Date | June 9, 2009 |
|---|---|---|---|
| Title | ST. PAUL FIRE & MARINE INSURANCE CO., V. AMERICAN HOME ASSURANCE CO., et al. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:**   **(In Chambers): ORDER TO SHOW CAUSE RE: WHY ACTION SHOULD NOT BE REMANDED FOR LACK OF COMPLETE DIVERSITY**

**I.   INTRODUCTION**

On March 31, 2009, plaintiff St. Paul Fire & Marine Insurance Company filed an equitable contribution/equitable subrogation action against defendants American Home Assurance Company, The Burlington Insurance Company, Commerce and Industry Insurance Company, Federated Service Insurance Company, and Does 1 through 50. Plaintiff is an insurance company that issued one or more policies of primary and/or excess insurance to Del Webb Corporation ("Del Webb"), a general contractor. Compl. ¶ 1. Plaintiff alleges that Del Webb entered agreements with subcontractors to perform construction work at a housing development in Arizona. Id. ¶ 8. Plaintiff alleges that these agreements required the subcontractors to defend and indemnify Del Webb, and to add Del Webb under their general insurance policies. Id.

Plaintiff alleges that, in 2005, homeowners brought suit in Maricopa County Superior Court against Del Webb alleging construction defects and damages arising from the construction of the development. Id. ¶ 9. Plaintiff alleges that Del Webb tendered its defense and indemnity to plaintiff as well as to defendants. Plaintiff further alleges that while plaintiff undertook to defend Del Webb, incurring fees and costs, defendants refused to do so despite owing a similar obligation. Id. ¶ 10-12.

To invoke federal jurisdiction pursuant to 28 U.S.C. § 1332, defendants must satisfy the complete diversity requirement. 28 U.S.C. 1332. Plaintiff fails to allege the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2225 CAS (AJWx) | Date | June 9, 2009 |
|---|---|---|---|
| Title | ST. PAUL FIRE & MARINE INSURANCE CO., V. AMERICAN HOME ASSURANCE CO., et al. | | |

state of incorporation or principal place of business of any of the defendants. Without a showing of the defendants' state of incorporation and principal place of business, this Court cannot conclude that it has jurisdiction over this action. Furthermore, it appears to the Court that defendant Federated Service Insurance Company and plaintiff are both citizens of Minnesota.

    Plaintiff is hereby ORDERED to SHOW CAUSE on or before June 19, 2009 why the instant action should not be dismissed for lack of complete diversity of citizenship.

    IT IS SO ORDERED.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | CMJ | |